

Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME T. CISSON, Appellant. [930 NYS2d 172]—Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

JOHN T. GOWANS et al., Appellants, v OTIS MARSHALL FARMS, INC., Doing Business as MARSHALL FARMS, Respondent/Third-Party Plaintiff-Appellant. GOWANS HOME IMPROVEMENT et al., Third-Party Defendants-Respondents. [932 NYS2d 20]—Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.

JAMES R. BYRNES, Appellant, v CLYDE SATTERLY, M.D., Respondent, et al., Defendant. [930 NYS2d 171]—Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

NIAGARA FOODS, INC., et al., Appellants-Respondents, v FERGUSON ELECTRIC SERVICE COMPANY, INC., et al., Respondents-Appellants. [930 NYS2d 171]—Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

MARCIA A. WILD et al., as Coexecutors of MARGUERITE HORN, Deceased, et al., Respondents, v CATHOLIC HEALTH SYSTEM, Doing Business as MERCY HOSPITAL OF BUFFALO, et al., Defendants, and BUFFALO EMERGENCY ASSOCIATES, LLP, et al., Appellants. [932 NYS2d 20]—Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN WARREN, Appellant. [930 NYS2d 171]—Present—Centra, J.P., Peradotto, Lindley And, Sconiers, JJ.

In the Matter of NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Appellant, to Acquire in Fee Simple Certain Real Property Currently Owned by Fallsite, LLC and Known as 232 Sixth Street, City of Niagara Falls, and Others, Together with All Compensable Interests Therein Currently Owned by Fallsite, LLC, et al., and Any Other Condemnees Who Are Currently Un-

known. FALLSITE, LLC, et al., Respondents. [930 NYS2d 170]—

Present—Centra, J.P., Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN BARNEY, Appellant. [930 NYS2d 505]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. BUCK, Appellant. [930 NYS2d 510]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTA A. GANTZ, Appellant. [930 NYS2d 918]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. KING, Appellant. [930 NYS2d 506]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS J. LASKOWSKI, Appellant. [930 NYS2d 506]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOYCE MALONE, Appellant. [930 NYS2d 505]—

Memorandum: The matter is remitted to Oswego County Court to vacate the judgment of conviction and dismiss

